FILED
OCT 4 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE NITA L. STORMES

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 06CR2019H |
| | ) MAGISTRATE NO. 06MG1619 |
| Plaintiff, | ) |
| | ) ORDER TO |
| -vs- | ) EXONERATE BOND FOR |
| | ) MATERIAL WITNESSes |
| THOMAS VINCENT DIAZ, | ) |
| | ) RIGOBERTO TRUJILLO-TRUJILLO |
| Defendants. | ) |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the personal surety bond deposited on behalf of the Material Witness, RIGOBERTO TRUJILLO-TRUJILLO is exonerated and all monies deposited for his bond is to be returned to the surety listed in the financial office of the Clerk, to wit:

RICARDO SILVA
225 Santa Rosalia Road
San Diego, CA 92114

SO ORDERED:

DATED: 10-4-06

HONORABLE NITA L. STORMES
MAGISTRATE JUDGE OF THE
UNITED STATES DISTRICT COURT